Magistrate Judge J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HECTOR MENDOZA,<br><br>                             Plaintiff,<br><br>      v.<br><br>MICHAEL O'BRIEN, an individual and OB PAG, INCORPORATED, a corporation dba VOLVO OF TACOMA AT FIFE,<br><br>                             Defendants. | NO. C08-5051JKA<br><br>**ORDER GRANTING PARTIES STIPULATED MOTION TO AMEND COMPLAINT** |

Having been stipulated and agreed to by all parties, it is hereby

ORDERED ADJUDGED AND DECREED that plaintiff may file a Second Amended Complaint removing Michael O'Brien, an individual, as a party to the case and adding OB, Inc., a Washington corporation, as a party to the case.

DATED this 22nd day of April, 2008.

/s/ J. Kelley Arnold
Magistrate Judge J. Kelley Arnold

---

ORDER GRANTING PARTIES' STIPULATED MOTION
TO AMEND COMPLAINT - 1
            C08-5051JKA

522373.01

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

1 | Presented by:

2 | RYAN, SWANSON & CLEVELAND, PLLC

3

4 | By _____
    Thao Tiedt, WSBA #13661
    Attorneys for Defendants

5

6 | Approved as to Form; Notice of
    Presentation Waived:

7 | LAW OFFICES OF MARK S. KNAPP

8

9 | By _____ (e-mail approval to sign for Mr. Knapp)
    Mark S. Knapp
10 | WSBA No. 19228
    Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PARTIES' STIPULATED MOTION
TO AMEND COMPLAINT - 2
                    C08-5051JKA

522373.01

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359