Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HECTOR MENDOZA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL O'BRIEN, an individual and OB PAG, INCORPORATED, a corporation dba VOLVO OF TACOMA AT FIFE,<br><br>　　　　　　　　　　Defendants. | NO. C08-5051JKA<br><br>**ORDER GRANTING PARTIES STIPULATED MOTION TO REMOVE CASE TO BINDING ARBITRATION** |

Having been stipulated and agreed to by all parties, it is hereby

ORDERED ADJUDGED AND DECREED that this proceeding shall be stayed in this Court pending a resolution of the case in binding arbitration in accordance with the parties' agreement.  This case is hereby removed to binding arbitration.

DATED this 24th day of April, 2008.


　　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge J. Kelley Arnold

---

ORDER GRANTING PARTIES' TO REMOVE CASE TO
BINDING ARBITRATION - 1
　　　　　　　C08-5051 RJB

522400.01

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

1  Presented by:

2  RYAN, SWANSON & CLEVELAND, PLLC

3
   By */s Thao Tiedt*
4      Thao Tiedt, WSBA #13661
       Attorneys for Defendants
5
   Approved as to Form; Notice of
6  Presentation Waived:

7  LAW OFFICES OF MARK S. KNAPP

8

9  By _____
       Mark S. Knapp
10     WSBA No. 19228
       Attorneys for Plaintiff
11

ORDER GRANTING PARTIES' TO REMOVE CASE TO
BINDING ARBITRATION - 2
C08-5051 RJB

522400.01

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359