U.S. Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HECTOR MENDOZA,

                              Plaintiff,

          v.

OB, INC., a Washington Corporation, and OB
PAG, INCORPORATED, a corporation dba
VOLVO OF TACOMA AT FIFE,

                              Defendants.

NO. C08-5051JKA

**ORDER CONFIRMING
ARBITRATION AWARD**

Pursuant to the Agreed Motion for Order Confirming Arbitration Award and for Entry of Judgment, it is hereby

ORDERED ADJUDGED AND DECREED that the FINAL AWARD IN ARBITRATION dated May 7, 2009 is hereby CONFIRMED, and all of plaintiff's claims against defendants are hereby dismissed with prejudice. A Judgment to that effect shall be entered.

DATED this 8th day of June, 2009.

J. Kelley Arnold
United States Magistrate Judge

ORDER CONFIRMING ARBITRATION AWARD - 1
C08-5051JKA

575157.01

1   Presented by:

2   RYAN, SWANSON & CLEVELAND, PLLC

3

  By _____
4       Richard P. Lentini, WSBA # 18086
      Thao Tiedt, WSBA #13661
5       Attorneys for Defendants

6   Approved as to Form; Notice of
  Presentation Waived:
7

8   LAW OFFICES OF MARK S. KNAPP

9

  By (e-mail approval to sign for Mr. Knapp)
10       Mark S. Knapp, WSBA No. 19228
      Attorneys for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26