U.S. Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HECTOR MENDOZA,

                Plaintiff,

v.

OB, INC., a Washington Corporation, and OB PAG, INCORPORATED, a corporation dba VOLVO OF TACOMA AT FIFE,

                Defendants.

NO. C08-5051JKA

**JUDGMENT**

**JUDGMENT SUMMARY**

1. Judgment Creditor: Defendant OB, Inc.
2. Judgment Debtor: Plaintiff Hector Mendoza
3. Principal Judgment Amount: $0
4. Interest to Date of Judgment: $0
5. Attorneys' Fees: $0
6. Costs: $0
7. Other Recovery Amounts: $0
8. Principal Judgment Amount shall bear interest at 0% per annum.

JUDGMENT - 1
C08-5051JKA

575162.01

9. Attorneys' Fees, Costs and Other Recovery Amounts shall bear interest at 0% per annum.

10. Attorneys for Judgment Creditor: Richard P. Lentini, Ryan, Swanson & Cleveland, PLLC, 1201 Third Avenue, Suite 3400, Seattle, Washington, 98101-3034.

Pursuant to the FINAL AWARD IN ARBITRATION dated May 7, 2009, it is hereby

ORDERED ADJUDGED AND DECREED that all of plaintiff's claims against defendants are dismissed with prejudice.

DATED this 8th day of June, 2009.

*[signature]*

J. Kelley Arnold
United States Magistrate Judge

Presented by:

RYAN, SWANSON & CLEVELAND, PLLC

By _____
    Richard P. Lentini, WSBA # 18086
    Thao Tiedt, WSBA #13661
    Attorneys for Defendants

Approved as to Form; Notice of
Presentation Waived:

LAW OFFICES OF MARK S. KNAPP

By <u>(e-mail approval to sign for Mr. Knapp)</u>
    Mark S. Knapp, WSBA No. 19228
    Attorneys for Plaintiff